Per
 
 Curiam.
 

 Absent Campbell, j.
 

 It is necessary to determine whether Taylor ought to be considered so far a party here, as to be competent to take any exception. The county court were Wrong in not permitting his name in the appeal, on account of not being present. An absent man may appeal by his attorney, upon giving good security; no injury however can arise to Taylor, by not considering him a party—having given a release to the lessor of the plaintiff, he is no longer interested in this dispute.
 

 Agreeably to the case of Tillery’s lessee vs. Wilson, the defendant cannot object the want of a power of attorney.
 
 *
 

 Let the deed, without producing the power of attorney, go to the jury, and if necessary, it may hereafter be moved, when the opinion of the judges can be had.
 
 ‡
 

 Verdict for the plaintiff.
 

 *
 

 2 Caine's C. E. 326. 2 Bay. 141 3 Binney, 179.
 

 ‡
 

 It seems to have been correct, to read the deed on the evidence of the recital. See 2 Caine’s C. E. 325.